

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOSEPH JUNIOR LAPORTA (1),<br>CONNIE ZUNIGA (2),<br><br>                Defendants. | Criminal Case No. 08CR1841-BTM<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana;<br>Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about May 8, 2008, within the Southern District of California, defendants JOSEPH JUNIOR LAPORTA and CONNIE ZUNIGA, did knowingly and intentionally import approximately 42.14 kilograms (90.50 pounds), of Marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: June 5, 2008.

                                           KAREN P. HEWITT<br>                                           United States Attorney

                                           MICHELLE M. PETTIT<br>                                           Assistant U.S. Attorney

MIP:psd:Imperial
6/5/08